◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GINA GUILLEN, Appellant. [832 NYS2d 226]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Spires, J.), rendered May 10, 2005, convicting her of assault in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620, 621 [1983]), we find that the defense of justification was disproved beyond a reasonable doubt (*see* Penal Law § 35.15; *People v Lance,* 31 AD3d 467 [2006], *lv denied* 7 NY3d 814 [2006]; *People v Grey,* 282 AD2d 544, 545 [2001]; *People v O'Brien,* 270 AD2d 433, 433-434 [2000]; *People v Arlequin,* 214 AD2d 747, 748 [1995]). Furthermore, resolution of issues of credibility is primarily a matter to be determined by the jury, which saw and heard the witnesses, and its determination should be accorded great deference on appeal (*see People v Romero,* 7 NY3d 633, 644-645 [2006]; *People v Mateo,* 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]). Upon the exercise of our factual review power (*see* CPL 470.15 [5]), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero, supra; People v O'Brien, supra* at 434). Rivera, J.P., Skelos, Dillon and Covello, JJ., concur.